```
             IN THE UNITED STATES COURT OF APPEALS
                    FOR THE FIFTH CIRCUIT

                  _____

                      No. 00-50480
                   Conference Calendar
                  _____
```

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ALBERTO MARTINEZ-JUAREZ,

                                        Defendant-Appellant;

```
                  _____

                    Consolidated with
                      No. 00-50484
                  _____
```

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

GERMAN PACHECO-SORIA,

                                        Defendant- Appellant;

```
                  _____

                    Consolidated with
                      No. 00-50626
                  _____
```

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

AVELINO DE SANTIAGO-FLORIANO,
also known as Avelino Santiago,

                                        Defendant-Appellant;

_____

Consolidated with
No. 00-50887

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CESAR ROMERO-RAMOS,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeals from the United States District Court
for the Western District of Texas

- - - - - - - - - -
February 15, 2001

Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Alberto Martinez-Juarez, German Pacheco-Soria, Avelino De Santiago-Floriano, and Cesar Romero-Ramos (collectively the Defendants) appeal their sentences following their guilty plea convictions for illegal re-entry after deportation in violation of 8 U.S.C. § 1326.  The Defendants argue that their sentences should not have exceeded the two-year maximum sentence under 8 U.S.C. § 1326(a).  The Defendants acknowledge that their argument is foreclosed by Almendarez-Torres v. United States, 523 U.S. 224 (1998), but they seek to preserve the issue for Supreme Court

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

review in light of <u>Apprendi v. New Jersey</u>, 120 S. Ct. 2348 (2000).

The Defendants' argument is foreclosed by <u>Almendarez-Torres</u>, 523 U.S. at 235.

The Government has moved for a summary affirmance in lieu of filing an appellee's brief.  In its motion, the Government asks that the judgments of the district court be affirmed and that an appellee's brief not be required.  The motion is granted.

AFFIRMED; MOTION GRANTED.